**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1029**

JULIA SIMMONS,

             Plaintiff - Appellant,

      v.

INOVA HEALTH SYSTEMS,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:14-cv-00988-CMH-IDD)

Submitted: April 23, 2015          Decided: April 28, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julia Simmons, Appellant Pro Se. Laurie Proctor, BLANKINGSHIP & KEITH, PC, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julia Simmons appeals the district court's order dismissing her complaint as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Simmons v. Inova Health Systems, No. 1:14-cv-00988-CMH-IDD (E.D. Va. Nov. 18, 2014). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2